IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:02–CR–22–B0–1



| | |
|---|---|
| ANTWAND DEMOND BROWN,<br>　　　Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>　　　Respondent. | **ORDER TO SEAL** |

For good cause shown, Respondent's Motion to Seal [DE 651] in the above-captioned case is GRANTED. The Clerk's Office is directed to place Respondent's Memorandum in Support of Respondent's Motion to Dismiss [DE 645] and Respondent's Memorandum in Support of the Motion to Seal [DE 650] under seal.

DONE AND ORDERED in chambers, this ___15___ day of April, 2011.

　　　　　　　　　　　　　　　　　　TERRENCE W. BOYLE
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE